IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAGE COUNTY, VIRGINIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-cv-0113 |

ORDER

Plaintiff has moved, pursuant to 28 U.S.C. § 2284 and 42 U.S.C. § 1973(b), that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2]. Defendants do not oppose the convening of a three-judge court. Accordingly, it is this 11th day of July, 2008, hereby

ORDERED: that plaintiff's motion [#2] is granted; and it is further

ORDERED: that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE