# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FILED**
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 429
September Term, 2007
08cv1113

United States Court of Appeals
For the District of Columbia Circuit

FILED JUL 3 0 2008

Page County, Virginia,

    Plaintiff,

v.

Michael B. Mukasey, et al.

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Louis F. Oberdorfer, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Judith W. Rogers, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Colleen Kollar-Kotelly, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Louis F. Oberdorfer as members of the court to hear and determine this case. Judge Rogers will preside.

                                                      /s/ David B. Sentelle
                                                      David B. Sentelle
                                                      Chief Judge

Date: 07/30/08