IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAGE COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br>Page County Board of Supervisors<br>117 South Court Street<br>Luray, Virginia, 22835<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY<br>Attorney General of the<br>United States of America,<br>GRACE CHUNG BECKER,<br>Acting Assistant Attorney General,<br>Civil Rights Division,<br>United States Department of Justice,<br>Washington, DC, 20530<br><br>    Defendants. | Civil Action No. 08-cv-01113 |

**MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Defendants Michael B. Mukasey and Grace Chung Becker, through counsel, respectfully move this three-judge Court, pursuant to Rule 6(b)(1)(A) of the Rules of Civil Procedure, to extend, by fourteen days, their time to answer the Complaint filed by Plaintiff Page County on June 26, 2008. As grounds for this motion, Defendant would show unto the Court that:

1. Plaintiff Page County, Virginia, filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973(b). Plaintiff's action seeks a declaratory judgment from this Court granting the County an exemption

from the special remedial provisions of the Voting Rights Act, also known as a bailout.

2. Defendants request this extension of time to continue an investigation into whether it is appropriate to consent to a declaratory judgment in this action, pursuant to Section 4(a)(9) of the Voting Rights Act. Section 4(a)(9) of the Voting Rights Act provides that nothing in the Act "shall prohibit the Attorney General from consenting to an entry of judgment if based upon a showing of objective and compelling evidence by the plaintiff, and upon investigation, he is satisfied that the . . . political subdivision has complied with the requirements of section 4(a)(1)."

3. Defendants know it to be fact that Counsel for the Plaintiff, J. Gerald Hebert, is unavailable because he is on personal leave relating to a family matter, and that he cannot be reached to obtain his consent. However, on information and belief, and in light of past practices and pertinent comments by counsel, Defendants have strong reason to believe that Plaintiff would not oppose this motion.
WHEREFORE, Plaintiff respectfully prays that this Motion be granted.

Respectfully submitted,

**For the Defendants MUKASEY and BECKER:**

MICHAEL B. MUKASEY
Attorney General

GRACE CHUNG BECKER
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

**/s/ Christy McCormick**
CHRISTOPHER COATES
ROBERT POPPER
CHRISTY McCORMICK
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC  20530
(202) 514-2386

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 26th day of August 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Virginia 22304

| Address of Counsel: | s/Christy A. McCormick |
|---|---|
| | Trial Attorney |
| Voting Section, Room 7254-NWB | U.S. Department of Justice |
| Civil Rights Division | |
| U.S. Department of Justice | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | |
| (800) 253-3931 (telephone) | |
| (202) 307-3961 (facsimile) | |
| E-mail: Christy.McCormick@usdoj.gov | |